■ BARBARA FEINBERG, Respondent, v. H. ROBERT FEINBERG, Appellant. — Order, Supreme Court, New York County, entered September 10, 1974, insofar as appealed from, which among other things, awarded plaintiff $600 per week as temporary alimony and support for the parties' two children, awarded custody of the infant child to plaintiff wife, and denied defendant's application for a trial preference, unanimously modified, on the law and the facts and in the exercise of discretion, to the extent of reducing the award of temporary alimony and support of the children to $500 per week, commencing with the date of publication of the decision herein; and except as so modified the order is affirmed, without costs and without disbursements. Upon the record before us, giving due consideration to all of the relevant circumstances, the award of temporary alimony and support for the children in the order appealed from was excessive and should be reduced to the extent indicated herein. Concur — Markewich, J. P., Lupiano, Tilzer and Lane, JJ.

■ In the Matter of ANONYMOUS, Appellant, for Leave to Change the Name of Her Infant Son.* Order, Supreme Court, Bronx County, entered June 25, 1974, unanimously reversed, on the law and matter remanded for further proceedings, without costs and without disbursements. This is an appeal from an application by the mother of an infant to change the latter's name. The infant was born out of wedlock and given the last name of his putative father. His mother, the moving party, has since married and seeks to have the child's name changed to that of her husband. A complicating factor is that it appears that her husband is presently incarcerated. Special Term denied the application upon the ground that it would not be in the best interest of the boy, who is now nearing school age, to be known as the son of a person presently incarcerated. We believe that sufficient facts have not been adduced to make an informed determination on this question. For instance, there is no proof of the nature of the charge against the husband, or the period of incarceration involved. The matter is remanded so that the necessary facts can be developed. Concur — McGivern, P. J., Nunez, Steuer and Capozzoli, JJ.